

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CLAYTON SAMUEL WILSON**,
Plaintiff,
v.
**TRANSUNION, LLC**,
Defendant.

Case No.:

# VERIFIED COMPLAINT

Plaintiff brings this action against TransUnion, LLC ("TransUnion") for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq., and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1681p.
2. Venue is proper under 28 U.S.C. §1391 because Plaintiff resides in this District and the events giving rise to the claim occurred here.

## II. PARTIES

3. Plaintiff **CLAYTON SAMUEL WILSON** is a natural person and consumer under 15 U.S.C. §1681a(c), residing in Bridgeport, Connecticut.
4. Defendant **TRANSUNION, LLC** is a "consumer reporting agency" ("CRA") under 15 U.S.C. §1681a(f), engaged in assembling and reporting credit information.

## III. FACTUAL ALLEGATIONS

5. TransUnion is reporting inaccurate and legally impossible negative information concerning accounts furnished by:

- Brigit / Coastal Community Bank.
- First Premier Bank
- Austin Capital Bank
- Verizon Wireless

6. These furnishers reported late payments that are **legally impossible** because they failed to comply with **15 U.S.C. §1666b(a)**, which requires all billing statements to be mailed or delivered **no later than 21 days before the payment due date**.
7. Under federal law, a consumer cannot be late if they were not timely provided with a billing statement. Therefore, any delinquency reporting is inaccurate as a matter of law.
8. On or about **July, 2025**, Plaintiff submitted a formal dispute to TransUnion regarding the above accounts.
9. Plaintiff's dispute notified TransUnion that the furnishers violated:
   - **15 U.S.C. §1637(b)** (required statement disclosures)
   - **15 U.S.C. §1666b(a)** (21-day statement delivery requirement)
     and therefore any late-pay reporting is invalid.
10. TransUnion received Plaintiff's dispute but failed to conduct a reasonable reinvestigation as required by **15 U.S.C. §1681i(a)**.
11. TransUnion failed to forward all relevant information to the furnishers, violating **§1681i(a)(2)**.
12. TransUnion ignored Plaintiff's legal evidence and relied solely on automated e-OSCAR responses, which courts have repeatedly held is insufficient to satisfy the FCRA.
13. TransUnion "verified" inaccurate and legally impossible information.
14. TransUnion violated **15 U.S.C. §1681e(b)** by failing to maintain reasonable procedures to assure maximum possible accuracy.
15. As a direct result of TransUnion's actions, Plaintiff suffered:

- Lower credit score
- Denial of credit
- Higher interest rates
- Emotional distress
- Loss of financial opportunities

## IV. CAUSES OF ACTION

# COUNT I — Violation of 15 U.S.C. §1681e(b)

(Failure to Assure Maximum Possible Accuracy)

16. Plaintiff incorporates paragraphs 1–15.
17. TransUnion reported inaccurate negative information despite receiving detailed evidence of legal impossibility.

18. Plaintiff suffered actual and statutory damages.

# COUNT II — Violation of 15 U.S.C. §1681i(a)

(Failure to Conduct Reasonable Reinvestigation)

19. Plaintiff disputed the inaccurate information on **July 2025.**
20. TransUnion failed to conduct a reasonable, good-faith reinvestigation.
21. TransUnion failed to forward all relevant information to furnishers.
22. TransUnion continued publishing inaccurate information.
23. Plaintiff suffered damages as a direct result.

## V. DAMAGES REQUESTED

Plaintiff requests:

- Statutory damages under 15 U.S.C. §1681n
- Actual damages under 15 U.S.C. §1681o
- Punitive damages
- Costs and attorney's fees
- Declaratory relief requiring correction/deletion
- Injunctive relief prohibiting further inaccurate reporting

## VI. PRAYER FOR RELIEF

Plaintiff requests judgment in his favor and all available remedies under the FCRA.

## JURY DEMAND

Plaintiff demands a trial by jury.

# VERIFICATION

I, Clayton Samuel Wilson, declare under penalty of perjury that the facts in this Verified Complaint are true and correct to the best of my knowledge.

---

Clayton Samuel Wilson
Date: 11/24/25

*[signature]* UCC 1-308